GORDON SILVER
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gordonsilver.com
MARGARET W. LAMBROSE
Nevada Bar No. 11626
Email: mlambrose@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Plaintiff
CHARLES BARNARD

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BARNARD and RITA BARNARD<br><br>      Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; Police Officers GARY CLARK, P#6240, GREG THEOBALD, P#6527, STEVEN RADMANOVICH, P#6420. individually and as Police Officers employed by the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; POLICE OFFICER JOHN DOES I-XX; and JOHN DOES I-XX, inclusive,<br><br>      Defendants. | CASE NO. 2:03-cv-01524-RCJ-LRL |

## JUDGMENT IN A CIVIL ACTION

THIS MATTER came on for a trial by jury on January 24, 2011 through February 3, 2011. Plaintiff, CHARLES BARNARD, appeared in person and by and though his counsel PAOLA M. ARMENI, ESQ., and MARGARET W. LAMBROSE, ESQ., of GORDON SILVER. Defendants GARY CLARK, GREG THEOBALD and STEVEN RADMANOVICH, appeared in person and by and through their counsel, PETER M. ANGULO, ESQ., and KATHERINE GORDON, ESQ., of the law firm of OLSON CANNON GORMLEY &

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102677-001/1258006

1 of 3

1  DESRUISSEAUX.   Testimony was taken, evidence was offered, introduced and admitted.
2  Counsel argued the merits of their cases.

3      The jury rendered a verdict (DKT 199) in favor of Plaintiff, Charles Barnard against the
4  Defendants, Gary Clark, Greg Theobald and Steven Radmanovich as to Charles Barnard claim
5  concerning damages in the amount of Two Million Six Hundred Eleven Thousand Six Hundred
6  Fifty-Six Dollar and 52/100 ($2,611,656.52).

7      The Order (DKT 238) executed by United States District Judge, Robert C. Jones Ordered
8  the parties to choose between remittitur to One Million Six Hundred Eleven Thousand Six
9  Hundred Fifty-Six Dollars and 52/100 ($1,611,656.52) in damages or a new trial.

10      The Plaintiff, Charles Barnard timely filed his Response to Court's Order (DKT 239)
11  accepting the remittitur.

12      NOW THEREFORE, judgment upon the remittitur is hereby entered in favor of the
13  Plaintiff, Charles Barnard and against Defendants, Gary Clark, Greg Theobald and Steven
14  Radmanovich, as follows:

15      IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff, Charles Barnard shall
16  have and recover against Defendants, Gary Clark, Greg Theobald and Steven Radmanovich, the
17  remittitur sum of One Million Six Hundred Eleven Thousand Six Hundred Fifty-Six Dollars and
18  52/100 ($1,611,656.52) which will include prejudgment interest at the rate of 3.25%, plus post
19  judgment interest at the rate of 4.0%.

20  …
21  …
22  …
23  …
24  …
25  …
26  …
27  …
28  …

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102677-001/1258006

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that pursuant to Order (DKT 238) Plaintiff, Charles Barnard is entitled to his costs of Sixty-One Thousand Four Hundred Eight Dollars and 80/100 $61,408.80 and attorneys' fees in the amount of One Hundred Eighty-Nine Thousand Three Hundred Three Dollars and 00/100 ($189,303.00) plus interest at the legal rate of 4.0% as the prevailing party for a total award of Two Hundred Fifty Thousand Seven Hundred Eleven and 80/100 ($250,711.80).

**IT IS SO ORDERED.**

Dated: This 11th day of August, 2011.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE
Case No.: 2:03-cv-01524-RCJ-LRL

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102677-001/1258006