1
GORDON SILVER
PAOLA M. ARMENI
2
Nevada Bar No. 8357
Email: parmeni@gordonsilver.com
3
MARGARET W. LAMBROSE
Nevada Bar No. 11626
4
Email: mlambrose@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
5
Las Vegas, Nevada 89169
Tel: (702) 796-5555
6
Fax: (702) 369-2666
Attorneys for Plaintiff
7
CHARLES BARNARD

8

9

10

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

11   CHARLES BARNARD and RITA BARNARD

12                      Plaintiffs,          CASE NO.  2:03-cv-01524-RCJ-LRL

13   vs.

14   LAS VEGAS METROPOLITAN POLICE
     DEPARTMENT, a Political Subdivision of the
15   STATE OF NEVADA; Police Officers GARY
     CLARK, P#6240, GREG THEOBALD, P#6527,
16   STEVEN RADMANOVICH, P#6420.
     individually and as Police Officers employed by
17   the LAS VEGAS METROPOLITAN POLICE
     DEPARTMENT; POLICE OFFICER JOHN
18   DOES I-XX; and JOHN DOES I-XX, inclusive,

19                      Defendants.

20

21             <u>**AMENDED JUDGMENT IN A CIVIL ACTION**</u>

22        THIS MATTER came on for a trial by jury on January 24, 2011 through February 3,

23   2011.  Plaintiff, CHARLES BARNARD, appeared in person and by and though his counsel

24   PAOLA M. ARMENI, ESQ., and MARGARET W. LAMBROSE, ESQ., of GORDON

25   SILVER.  Defendants GARY CLARK, GREG THEOBALD and STEVEN RADMANOVICH,

26   appeared in person and by and through their counsel, PETER M. ANGULO, ESQ., and

27   KATHERINE GORDON, ESQ., of the law firm of OLSON CANNON GORMLEY &

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102677-001/1346968

1  DESRUISSEAUX.   Testimony was taken, evidence was offered, introduced and admitted.

2  Counsel argued the merits of their cases.

3        The jury rendered a verdict (DKT 199) in favor of Plaintiff, Charles Barnard against the

4  Defendants, Gary Clark, Greg Theobald and Steven Radmanovich as to Charles Barnard claim

5  concerning damages in the amount of Two Million Six Hundred Eleven Thousand Six Hundred

6  Fifty-Six Dollar and 52/100 ($2,611,656.52).

7        The Order (DKT 238) executed by United States District Judge, Robert C. Jones Ordered

8  the parties to choose between remittitur to One Million Six Hundred Eleven Thousand Six

9  Hundred Fifty-Six Dollars and 52/100 ($1,611,656.52) in damages or a new trial.

10       The Plaintiff, Charles Barnard timely filed his Response to Court's Order (DKT 239)

11  accepting the remittitur.

12       NOW THEREFORE, judgment upon the remittitur is hereby entered in favor of the

13  Plaintiff, Charles Barnard and against Defendants, Gary Clark, Greg Theobald and Steven

14  Radmanovich, as follows:

15       IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff, Charles Barnard shall

16  have and recover against Defendants, Gary Clark, Greg Theobald and Steven Radmanovich, the

17  remittitur sum of One Million Six Hundred Eleven Thousand Six Hundred Fifty-Six Dollars and

18  52/100 ($1,611,656.52).

19  …

20  …

21  …

22  …

23  …

24  …

25  …

26  …

27  …

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102677-001/1346968

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that pursuant to Order (DKT 238) Plaintiff, Charles Barnard is entitled to his costs of Sixty-One Thousand Four Hundred Eight Dollars and 80/100 $61,408.80 and attorneys' fees in the amount of One Hundred Eighty-Nine Thousand Three Hundred Three Dollars and 00/100 ($189,303.00), as the prevailing party for a total award of Two Hundred Fifty Thousand Seven Hundred Eleven and 80/100 ($250,711.80).

**IT IS SO ORDERED.**

Dated this 7th day of December, 2011.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE
Case No.: 2:03-cv-01524-RCJ-LRL

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102677-001/1346968